IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL BURNS                                                                         PLAINTIFF

V.                              CASE NO. 2:14-cv-00145-SWW-JTK

CAROLYN W. COLVIN, *Acting Commissioner,*
Social Security Administration                                                 DEFENDANT

## ORDER

Defendant's unopposed motion to reverse and remand (Doc. No. 13) is granted. The Court remands this case to the Administrative Law Judge for further proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

SO ORDERED this 7th day of July, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE