IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL BURNS                                                            PLAINTIFF

V.                    CASE NO. 2:14-cv-00145-SWW-JTK

CAROLYN W. COLVIN, *Acting Commissioner,*
Social Security Administration                                  DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case for further evaluation consistent with the findings of the Court.

SO ADJUDGED this 7th day of July, 2015.

                                             /s/Susan Webber Wright
                                             UNITED STATES DISTRICT JUDGE